```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 17455
   WILLIAM E JACK
   EVELYN M JACK                                 CHAPTER 13

                                                 JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-7563     SSN XXX-XX-2725


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/03/2005 and was confirmed 06/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  84.82% from remaining funds.

     The case was paid in full 06/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
FIRST BANK & TRUST OF EV  SECURED           10353.88         382.81       10353.88
FIRST BANK & TRUST OF EV  UNSECURED          3683.86            .00        3124.69
FIRST BANK & TRUST OF EV  SECURED            9516.82         389.38        9516.82
FIRST BANK & TRUST OF EV  UNSECURED        NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY           2396.08            .00        2396.08
INTERNAL REVENUE SERVICE  UNSECURED OTH        55.95            .00          47.14
DISCOVER FINANCIAL SERVI  UNSECURED          8824.90            .00        7485.37
PORTFOLIO RECOVERY ASSOC  UNSECURED OTH      4596.37            .00        3900.57
US DEPT OF EDUCATION      UNSECURED          2845.48            .00        2413.56
RESURGENT CAPITAL SERVIC  UNSECURED         13544.30            .00       11488.41
ISAC                      UNSECURED          1332.89            .00        1130.57
ROUNDUP FUNDING LLC       UNSECURED OTH       232.86            .00         196.04
ECAST SETTLEMENT CORP     UNSECURED          3252.37            .00        2758.69
ECAST SETTLEMENT CORP     UNSECURED          7412.82            .00        6287.63
RESURGENT CAPITAL SERVIC  UNSECURED          7055.31            .00        5984.38
RESURGENT CAPITAL SERVIC  UNSECURED          1803.44            .00        1529.70
CAPITAL ONE               UNSECURED        NOT FILED            .00             .00
FLEET CARD                UNSECURED        NOT FILED            .00             .00
MUNSTER COMMUNITY HOSPIT  UNSECURED        NOT FILED            .00             .00
SPRINT                    UNSECURED        NOT FILED            .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                         4,319.28
DEBTOR REFUND             REFUND                                            614.36

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  77,019.36

PRIORITY                                      2,396.08
SECURED                                      19,870.70

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 17455 WILLIAM E JACK & EVELYN M JACK
```

```
     INTEREST                                              772.19
UNSECURED                                               46,346.75
ADMINISTRATIVE                                           2,700.00
TRUSTEE COMPENSATION                                     4,319.28
DEBTOR REFUND                                              614.36
                                  ----------------   ----------------
TOTALS                                  77,019.36          77,019.36
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
 Dated: 09/25/08              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```